**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6752**

———————

ALEXANDER BELL, a/k/a Sulyaman Al Islam Salaam,

    Plaintiff - Appellant,

        v.

MAJOR MYERS; KATHRYN HARREL, Assistant Director; KENNY
BROWN, Officer; OFFICER CHAPPEL,

    Defendants – Appellees,

        and

ALVIN S. GLENN DETENTION CENTER,

    Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Cameron McGowan Currie, District
Judge.   (9:09-cv-00607-CMC-BM)

———————

Submitted:  August 27, 2009          Decided:  October 6, 2009

———————

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alexander Bell, Appellant Pro Se. Daniel C. Plyler, DAVIDSON &
LINDEMANN, PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Bell seeks to appeal the district court order adopting the report and recommendation of the magistrate judge and dismissing Alvin S. Glenn Detention Center from his 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Bell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant the Appellees' motion to dismiss the appeal for lack of jurisdiction and deny Bell's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED